IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RUSSELL JAMES DOCKEN,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-03608

Judge Elaine E. Bucklo

Magistrate Judge Jeffrey T. Gilbert

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 3 | US Art Family |
| 22 | Dahee Store |
| 23 | Greed Land Shop |
| 25 | BAWHOCOS |
| 28 | Pomzbo |
| 32 | Wilson Nada |
| 43 | Ohno Tin Signs Store |
| 44 | jjphonecase |

| | |
|---|---|
| DATED: May 7, 2025 | Respectfully submitted, |
| | */s/ Keith A. Vogt* |
| | Keith A. Vogt (Bar No. 6207971) |
| | Keith Vogt, Ltd. |
| | 33 W. Jackson Blvd., #2W |
| | Chicago, Illinois 60604 |
| | Telephone: 312-971-6752 |
| | E-mail: keith@vogtip.com |
| | ***ATTORNEY FOR PLAINTIFF*** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on May 7, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt